Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 21-12107

Caption:
Restaurant Group Managment, LLC, et al.

v.

Zurich American Insurance Company

District and Division: Northern District of Georgia
Name of Judge: Judge Thomas W. Thrash, Jr.
Nature of Suit: Declaratory Judgment, Breach of Contract and Bad Faith
Date Complaint Filed: Nov. 3, 2020
District Court Docket Number: 1 20-cv-04782-TWT
Date Notice of Appeal Filed: June 18, 2021
☐ Cross Appeal  ☐ Class Action
Has this matter previously been before this court?
☐ Yes  ☑ No
If Yes, provide
(a) Caption:
(b) Citation:
(c) Docket Number:

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | J. Robert Persons<br>W. Thomas Lacy, Jr. | 200 Westpark Drive<br>Suite 280<br>Peachtree City, GA 30269 | P: 770-486-8445<br>F: 770-486-8889 |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Anthony W. Morris | 999 Peachtree St., NE<br>Suite 1700<br>Atlanta, GA 30309 | P: 404-733-9809<br>F: 404-733-9909 |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question<br>☑ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☑ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff:<br>$ _____<br>Amount Sought by Defendant:<br>$ _____<br>Awarded:<br>$ _____<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary  ☐ Granted<br>☐ Permanent    ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☑ Yes ☐ No
What is the issue you claim is one of First Impression? Can a virus cause property damage as defined in Zurich's insurance policy?

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

    If Yes, provide
    (a) Case Name/Statute AFLAC, Inc. v. Chubb & Sons, Inc., et al.
    (b) Citation AFLAC, Inc. v. Chubb & Sons, Inc., 581 S.E.2d 306, 308 (Ga. Ct. App. 2003)
    (c) Docket Number if unreported

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☑ Yes ☐ No

    If Yes, provide
    (a) Case Name Henry's Louisiana Grill, Inc., et al. v. Allied Insurance Company of America
    (b) Citation
    (c) Docket Number if unreported 20-14156-BB
    (d) Court or Agency United States Court of Appeals- 11th Circuit

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit? ☐ Yes ☑ No
    (b) Among circuits? ☐ Yes ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

(1) Did the trial court improperly apply the Iqbay/Twombly standard in dismissing Plaintiff's Complaint
(2) Can the Covid 19 virus cause "direct physical loss of or damage" to the insured's premises and property [undefined terms in the Zurich policy] so as to state a claim for business income losses under that portion of the Zurich policy.
(3) Is the policy's coverage for microorganism caused losses as provided in the business income loss portion of the policy illusory in violation of Georgia law
(4) Should the questions framed for referral to the Supreme Court of Georgia as set out in Plaintiffs' Motion for Reconsideration be referred to the Georgia Supreme Court where the insurance coverage issues stemming from the pandemic are not answered by prior decisions, and are of paramount importance to these plaintiffs and the restaurant/hospitality industry in Georgia which have sustained crippling business income losses due to the pandemic.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 9th DAY OF July, 2021.

Jo. Robert Persons             /s/ Jo. Robert Persons
NAME OF COUNSEL (Print)        SIGNATURE OF COUNSEL